# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| **STEVEN ROBERTSON**, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**FORUM COMMUNICATIONS COMPANY,**<br><br>*Defendant*. | Case No.: 3:25-cv-00074-PDW-ARS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action is hereby dismissed without prejudice as to Defendant Forum Communications Company, with each party to bear its own costs and attorneys' fees.

Dated: April 24, 2025

Respectfully submitted,

*/s/ Draft*
Todd Miller (ND #06625)
**SOLBERG STEWART MILLER**
1123 Fifth Avenue South
PO Box 1897
Fargo, ND 58107-1897
Telephone: (701) 237-3166
Fax: (701) 237-4627
*tmiller@solberglaw.com*

Philip J. Krzeski (MN #0403291)
**CHESTNUT CAMBRONNE PA**
100 Washington Avenue S., Ste. 1700
Minneapolis, MN 55401
Telephone: (612) 339-7300
*bbleichner@chestnutcambronne.com*
*pkrzeski@chestnutcambronne.com*

**ATTORNEYS FOR PLAINTIFF**